UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------X
SPARTAN BUSINESS SOLUTIONS LLC
D/B/A SPARTAN CAPITAL,

                       *Plaintiff*,

   -- against –

MARQUIS CATTLE COMPANY INC.
D/B/A MARQUIS CATTLE COMPANY;
MONTANA MOUNTAIN BISON, INC.;
MCC TRUCKING LLC;
M HANGING 6 RANCH LLC D/B/A PUMP'T;
MARQUIS CATTLE INC. and
CORY SHANNON MARQUIS,

                      *Defendants*.
------------------------------------------------------X

23 Civ. 06258

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for the following defendants:

      (1) Marquis Cattle Company Inc. d/b/a Marquis Cattle Company,
      (2) Montana Mountain Bison, Inc.,
      (3) MCC Trucking LLC,
      (4) M Hanging 6 Ranch LLC d/b/a Pump't,
      (5) Marquis Cattle Inc.,

states there are no corporate affiliates, subsidiaries, and/or parent corporations nor any publicly held corporation owning 10% or more of the stock of any of these five defendants.

In addition, each of these defendants is a citizen of Montana. The corporations have Montana as the state of incorporation and their principal place of business (*i.e.*, Marquis Cattle Company Inc. d/b/a Marquis Cattle Company, Montana Mountain Bison, Inc., and Marquis Cattle Inc.).

The limited liability companies (i.e., MCC Trucking LLC and M Hanging 6 Ranch LLC d/b/a Pump't) were formed under the laws of Montana and their members (*i.e.*, owners) are citizens of Montana.

Dated: Rochester, NY
May 12, 2023

/s/ *Brian Goodwin*
Brian R. Goodwin
Goodwin Law Firm
75 South Clinton Square, Suite 510
Rochester, NY 14604
(585) 353-7084

*Attorney for Defendants*

To: Jason A. Gang, Esq.
The Law Office of Jason Gang
1245 Hewlett Plaza, #478
Hewlett, NY 11447

*Attorneys for Plaintiff*