UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SPARTAN BUSINESS SOLUTIONS LLC
D/B/A SPARTAN CAPITAL,

              *Plaintiff,*               Index No.: 6:23-cv-6258

   -against-                           **RULE 7.1 STATEMENT**

MARQUIS CATTLE COMPANY INC.
D/B/A MARQUIS CATTLE COMPANY;
MONTANA MOUNTAIN BISON, INC.;
MCC TRUCKING LLC;
M HANGING 6 RANCH LLC D/B/A PUMP'T;
MARQUIS CATTLE INC and
CORY SHANNON MARQUIS,

              *Defendants.*

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, SPARTAN BUSINESS SOLUTIONS LLC D/B/A SPARTAN CAPITAL (a private non-governmental party or intervenor) certifies the following:

**Part 1**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall state so.

**None.**

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

**Spartan Business Solutions, LLC is a New York Limited Liability Company. The sole member of Plaintiff is Frank Ebanks and he is a citizen of New Jersey.**

Dated: June 19, 2023            **WELLS LAW P.C.**

By: */s/ Steven W. Wells*
Steven W. Wells
Attorney Bar Code: 4184792
229 Warner Road
Lancaster, New York 14086
Tel: (716) 983-4750
Email: steve@wellspc.com